**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Amar Khalid ABED, a/k/a Omar,**
**Defendant–Appellant.**

**No. 01–8115.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 25, 2002.

Gary Raymond Hershner, Richmond, Virginia, for Appellant. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Amar Khalid Abed seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Abed,* Nos. CR–97–24; CA–01–355–7 (W.D.Va. Oct. 22, 2001); *see also Tyler v. Cain,* 533 U.S. 970, 122 S.Ct. 13, 150 L.Ed.2d 795 (2001); *United States v. Sanders,* 247 F.3d 139 (4th Cir.), *cert. denied,* —— U.S. ——, 122 S.Ct. 573, 151 L.Ed.2d 445 (2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*